A11A0933. DUNBAR v. ERTTER et al.
(745 SE2d 699)

ANDREWS, Presiding Judge.

In *Dunbar v. Ertter*, 312 Ga. App. 440 (718 SE2d 350) (2011), we reversed the judgment of the Cobb County Superior Court awarding permanent custody of A. L., a minor child, to Shannon and Michael Ertter. In *Ertter v. Dunbar*, 292 Ga. 103 (734 SE2d 403) (2012), the Supreme Court reversed the judgment of this Court. Accordingly, this Court's judgment is vacated; the judgment of the Supreme Court is made the judgment of this Court; and the judgment of the Cobb County Superior Court awarding permanent custody of A. L., a minor child, to Shannon and Michael Ertter is affirmed.

*Judgment affirmed. Barnes, P. J., Phipps, P. J., Dillard, McFadden, Boggs, and Branch, JJ., concur.*

DECIDED JUNE 26, 2013.

*Bruce W. Phillips*, for appellant.
*Dupree & Kimbrough, Hylton B. Dupree, Jr., Ronne G. Kaplan, Jean M. Kutner*, for appellees.